IN THE SUPREME COURT OF THE STATE OF MONTANA

**FILED**

FEB 18 1999

*Ed Smith*

CLERK OF SUPREME COURT
STATE OF MONTANA

IN RE 1998 RULES FOR
ADMISSION TO THE BAR
OF MONTANA

ORDER

This Court has determined that it is necessary to amend Section IV of the 1998 Rules

for Admission to the State Bar of Montana to require the use of an application form from the

State Bar of Montana for attorney applicants who desire to appear pro *hac* vice in a court of

this state. Accordingly,

IT IS HEREBY ORDERED that effective February 18, 1999, Section IV of the

1998 Rules for Admission to the State Bar of Montana is amended as follows:

D. ~~An attorney desiring to appear *pro hac vice* in a court in this state shall~~
~~file with that court, prior to making an appearance, an Application for~~
~~Admission Pro Hac Vice, which conforms with Rules 5 and 11 of the Montana~~
~~Rules of Civil Procedure, and provides the following information:~~
    Applications for *pro hac vice* must be obtained from the State Bar of
Montana. The application form will require that the applicant provide the
following information:
    1. ...
    .

    ~~The court shall enter an order granting or refusing the application, and,~~
~~if the application is refused, the court shall state its reasons.~~
    The completed application, along with a fee of $100 must be filed with
the State Bar of Montana. The application will then be reviewed by the State
Bar of Montana which shall certify the number of prior appearances the
applicant has been granted under Section IV-C and whether or not the
applicant has provided the requisite information. Upon certification, the State
Bar shall forward the application and to the appropriate court. The court shall
enter an order granting or refusing the application and, if the applicant is
refused, the court shall state its reasons. A copy of the court's order shall be
mailed to the applicant, counsel of record and the State Bar of Montana. The
State Bar of Montana shall maintain a record of all *pro hac* vice applications
as a public record. Attorneys appearing *pro hac* vice shall notify the State Bar
of Montana upon conclusion of the matter in which the attorney appeared.

E.          .
F.          .

G.    ~~Each time an application under this rule is made, the attorney seeking to appear *pro hac vice* shall provide a copy of the application to the State Bar of Montana accompanied by a $100 fee. Upon receipt of the application, the State Bar of Montana shall certify to the court in which a *pro hac vice* appearance has been requested that the fee has been received and the number of prior appearances the applicant has been granted under Section IV-C. The State Bar of Montana shall maintain a record of all *pro hac vice* applications as a public record. Attorneys appearing *pro hac vice* shall notify the State Bar of Montana upon conclusion of the matter in which the attorney appeared.~~

The Clerk is directed to provide copies of this Order to the State Bar of Montana to the Administrator of the Board of Bar Examiners; to all members of the commission on Admission Rules Revision; to West Group; to the Code Commissioner and Director of Legal Services at the Montana Legislative Services Division; to each of the Clerks of the District Courts of Montana; and to Sally Hilander at The Montana *Lawyer* magazine with the request that this Order be published in the next possible issue.

DATED this 18th day of February, 1999.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2